DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RAFAEL A. MAZARA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1591

_____

July 10, 2024

Appeal from the Circuit Court for Manatee County; Stephen Mathew
Whyte, Judge.

Howard L. Dimmig, II, Public Defender, and Kevin Briggs, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

     Affirmed.


ROTHSTEIN-YOUAKIM, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.